

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of E.J.P., a child      * From the 446th District Court
       of Ector County,
       Trial Court No. E24023PC.

No. 11-25-00086-CV      * May 8, 2025

     * Memorandum Opinion by Williams, J.
       (Panel consists of: Bailey, C.J.,
       Trotter, J., and Williams, J.)

This court has considered Appellant's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.